UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Crim. No. 10-640 (PGS) |
| ROSA LYDIA NUNEZ, | : | **ORDER TO MODIFY BAIL CONDITIONS** |

This matter having come before the Court on the application of the defendant Rosa Lydia Nunez (by Patrick J. Joyce, Esq.) for an order granting a modification in the above-captioned matter to allow the defendant, Rosa Lydia Nunez, to adjust her bail condition. The reason for this request is so she can travel to New York to consult with counsel. Ms. Nunez is currently under strict bail conditions including electronic monitoring via an ankle bracelet.

Ms Nunez would like to travel to New York on Monday, December 27, 2010; she would be leaving her home at 7:00 am and returning to Worcester, Massachusetts by 7:00 pm.

AUSA Randall H. Cook has no objections to this request.

WHEREFORE, on this 23rd day of December 2010.

_____
Hon. Peter G. Sheridan
United States District Judge

_____
Patrick J. Joyce, Esq.
Counsel for Defendant