UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Crim. No. 10-640 (PGS) |
| ROSA LYDIA NUNEZ, | : | <u>ORDER TO MODIFY BAIL CONDITIONS</u> |

This matter having come before the Court on the application of the defendant Rosa Lydia Nunez (by Patrick J. Joyce, Esq.) for an order granting a modification in the above-captioned matter to allow the defendant, Rosa Lydia Nunez, to adjust her bail condition.

WHEREAS, Ms. Nunez is presently subject to electronic monitoring by the United States Probation Department, and

WHEREAS, Ms. Nunez has been in complete compliance with all conditions of her release, and

WHEREAS, Ms. Nunez is now gainfully employed and must leave her home daily to maintain employment, and

WHEREAS, AUSA Randall H. Cook and Pre-Trial Officer Michelle Roman have no objections to this request.

WHEREFORE, it is ordered that Ms. Nunez's bail conditions are modified to the following:

1) Curfew, whereby Ms. Nunez is confined to her home from the hours of 8:00p.m. to 7:00a.m.

2) Modification of this curfew is permitted provided prior approval is granted by U.S. Probations.

SO ORDERED, on this 20 day of June 2011.

_____
Hon. Peter G. Sheridan
United States District Judge